**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

No. 04-6521

─────────────

STACY W. HOWARD,

Plaintiff - Appellant,

versus

GEORGETOWN COUNTY GOVERNMENT BODY; CHARLES V.
PYLE; MALCOLM D. SHULER; BENJAMIN F. DUNN;
HUGHEY WALKER; ELERBEE ACKERMAN; ROBBIE
O'DONNELL; LANE CRIBB, Sheriff; DAN FURR; AL
WILLIAMS, Chief; JOHN HILLIARD; G. TURNER
PERROW; JOE CROSBY; MIKE SWARTZ; CHUCK KOSIS;
KENNETH OWENS, Captain; GEORGETOWN COUNTY
SHERIFFS DEPARTMENT; MUNICIPAL CORPORATION;
SOLICITORS OFFICE; TOWNSHIPS IN GEORGETOWN
COUNTY; ADMINISTRATION OF GOVERNMENT FOR
GEORGETOWN COUNTY, including government body
and political subdivisions; OTHERS AS YET
UNKNOWN,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CA-04-36-6-13AK)

─────────────

Submitted:  August 26, 2004      Decided:  September 1, 2004

─────────────

Before WIDENER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

Stacy W. Howard, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stacy W. Howard appeals the district court's order, accepting the magistrate judge's recommendation and denying relief on Howard's 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Howard v. Georgetown County Gov't</u>, No. CA-04-36-6-13AK (D.S.C. Feb. 19, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>